# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

DAMON GARRABRANT )
_____ )
_____ )
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )
MATTHEW SWALLS )
PENNY GEORGE )
AMELIA MERZ )
_____ )

*Defendant(s)/Respondent(s)* )

Case Number: 19-100-SMY

*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

6695 STATEROUTE 146 EAST
VIENNA IL 62995

**Defendant #1:**

B.    Defendant MATTHEW SWALLS is employed as
                        (a)    (Name of First Defendant)

WARDEN VIENNA C.C.
                (b)    (Position/Title)

with VIENNA CORRECTIONAL CENTER
              (c)    (Employer's Name and Address)

6695 STATE ROUTE 146 EAST, VIENNA, IL 62995

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain:
Employed by ILLINOIS DEPARTMENT OF
CORRECTIONS AS WARDEN AT VIENNA C.C.

Rev. 7/20/18

1

**Defendant #2:**

C.    Defendant _PENNY GEORGE_ is employed as

(Name of Second Defendant)

_DIRECTOR OF HEALTH CARE UNIT_

(Position/Title)

with _VIENNA CORRECTIONAL CENTER_

(Employer's Name and Address)

_6695 STATE ROUTE 146 EAST, VIENNA, IL. 62995_

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

_EMPLOYED TO RUN OPERATIONS IN HEALTH CARE UNIT AT VIENNA CORRECTIONAL CENTER_

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

DEFENDANT _AMELIA MERZ_ IS EMPLOYED AS
PSYCHIATRIST, MD WITH
VIENNA CORRECTIONAL CENTER
6695 STATE ROUTE 146 EAST, VIENNA IL 62995

AT THE TIME THE CLAIMS Alleged in this complaint arose,
WAS Defendant #3 employed by the state, local,
or Federal Government? ☒ yes ☐ NO
Explain:
Assigned as a psychiatrist would treat
prisoners, Also prescribes Medication at
VIENNA CORRECTIONAL CENTER.

Rev. 7/20/18

②

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.   You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):

*NO PREVIOUS LAW SUITS*

Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.   Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C. If your answer is YES,
   1. What steps did you take?

   Filed two grievances dated 3-6-18 and 3-19-18
   Spoke with Nurses And Doctors about my injury
   Spoke with Defendant About medications

   2. What was the result?

   Both grievances were denied by two different counselors, The Grievance Officer, the warden and the Adminisdrative Review Board.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

Rev. 7/20/18

STATEMENT OF CLAIM I

(1) ON FEBRUARY 19, 2018 I WAS DIAGNOSED WITH POST TRAMATIC STRESS DISORDER (PTSD) AND I AGREED TO A TREATMENT PLAN WHICH INCLUDED PSYCHOTROPIC MEDICATION.

(2) MEDICATION ORDERS ARE AS FOLLOWS:
(a) VENLAFAXINE : 75mg FOR 7 days then 150mg for 6 months
(b) TRAZODONE : 50mg FOR 3 months
(c) PRAZOSIN : 1mg FOR FIRST DOSE to INCREASE to 2mg FOR TWO NIGHTS THEN to INCREASE TO 3mg FOR 6 months
: EXHIBIT A AND B

(3) MEDICATION WAS ORDERED TO BE TAKEN EVERY NIGHT AT SIX O'CLOCK PM WITH REGULAR MEDICATION LINE MOVEMENT.

(4) ON FEBRUARY 21, 2018 I SIGNED CONSENT TO TREATMENT (EXHIBIT C) AND WAS GIVEN SIDE EFFECT INFORMATION ON ALL MEDICATION I WAS GIVEN WITH THE EXCEPTION OF PRAZOSIN. (EXHIBIT D)

(5) ON FEBRUARY 24, 2018 AT 6:00pm I TOOK

STATEMENT OF CLAIM II

75mg OF VENIAFAXINE, 50 mg OF TRAZODONE.
AND 3mg OF PRAZOSIN AS PRESCRIBED. BY
AMELIA MERZ, MD.

(6) ON OR ABOUT 12:00 AM ON FEBRUARY 25, 2018
I WOKE TO USE THE RESTROOM, WHICH IS
LOCATED APPROX 90 FT FROM MY CELL, WHILE
STANDING AT THE URINAL I HAD A SEIZURE
AND FELL BACKWARD ON MY NECK AND HEAD.
WITNESS BY THREE INMATES (EXHIBIT E)
   INMATES: EASLEY    # M 21391
             SOSA      # K 73347
             JEFFERSON  # M 48807

(7) AT 12:19 AM, FEBRUARY 25, 2018 I WAS
ADDMITED TO HEALTH CARE UNIT, DUE TO
INJURIES, UNTIL FEBRUARY 28, 2018, 6:45 pm
WHEN I WAS RELEASED BY NURSE PRACTIONER
GRETA SMITH.

(8) NURSE AND DOCTOR NOTES WHILE UNDER
OBSERVATION FROM FEBRUARY 25 to 28, 2018
Expressed HEAD AND NECK INJURIES DUE
TO SEIZURE THAT OCCURED ON FEBRUARY 25
2018.

(6)

STATEMENT OF CLAIM III

(9) I REFUSED MEDICATION UNTIL I WAS GIVEN AN APPOINTMENT WITH AMELIA MERZ, AND TO DISCUSS WHAT HAD HAPPENED.

(10) ON FEBRURY 28, 2018, 1:30 pm I MET WITH DR. MERZ VIA SKYPE INTERVIEW AT WHICH TIME I WAS SCOLDED FOR USING THE RESTROOM BY SAYING "I WAS'NT SUPPOSED TO BE WALKING ANYWHERE".!! I THEN EXPLAINED THAT I SHARE A COMMUNITY BATHROOM APPROX 90FT FROM MY CELL, WHICH SHE EXPRESSED SHE WAS UNAWARE. I ALSO TOLD HER THAT I WAS REQUIRED TO TAKE MY MEDICATION AT 6:00 pm WITH ~~THE~~ REGULAR MEDICATION LINES. SHE (DR MERZ) AGAIN EXPRESSES SHE WAS TOTALLY UNAWARE OF ANY LOCAL PRECEDURES CARRIED OUT BY VIENNA CORRECTIONAL CENTER. DR MERZ THEN RECOMMENDED A SMALLER DOSE
   • PSYCHIATRIC PROGRESS NOTES (EXHIBIT G-1-
   • MEDICATION ORDERS      (EXHIBIT H)
   • SKYPE APPOINTMENTS TO BE SUBPOENAE

(11) ON MARCH 16, 2018 REPORTED TO HEALTH CARE 1:00 pm TO REPORT NECK PAIN, VERTIGO AND

(7)

STATEMENT OF CLAIM IV

BLURRY VISION. DR DAVID ORDER FUTURE +RAYS
AND DISCUSSED DISCONTINUING MEDICATION
TO BE SURE MY SYMTOMS WERE INDEED FROM
INJURY AND NOT FROM SIDE EFFECTS.
(EXHIBIT I   PRESCRIPTION PAIN MEDS)
(EXHIBIT N   +RAYS ORDERED)

(12) ON MARCH 19, 2018  REQUESTED SIDE EFFECT
INFORMATION ON PRAZOSIN. WHEN REPORTING
TO HEALTH CARE FOR SAID INFORMATION, I
Expressed AN OPPORTUNITY TO DISCUSS THAT
NEW INFORMATION WITH DR MERZ AND I
WAS GIVEN AN APPOINTMENT WITH DR MERZ.
(EXHIBIT J)

(13) AFTER REVIEWING SIDE EFFECT INFORMATION
GIVEN TO ME BY S. DURIETZ, LCSW AT
HEALTH CARE IT READ VERY CLEARLY THAT
PRAZOSIN AND TRAZODONE SHOULD NOT BE
TAKEN AT THE SAME TIME BECAUSE IT...
"CAN CAUSE SERIOUS HEALTH PROBLEMS"
(EXHIBIT K)

(14) ON MARCH 19, 2018 I AGAIN STOPPED
TAKING ALL MEDICATION AND FILED A
SECOND GRIEVANCE, WHICH WAS DENIED.

STATEMENT OF CLAIM II

(15) ON MARCH 20, 2018, 8:50 AM I MET
WITH ANTHONY HUGHES, MENTAL HEALTH
PROFESSIONAL ABOUT MY INJURIES AND ~~my~~
SAFETY WORRIES I WAS HAVING.
( EXHIBIT L )

(16) MARCH 21, 2018 (Skype DR MERZ)
DISCUSSED MY SAFETY BECOMING A
CONCERN OF MINE. I EXPLAINED MY SYMTOMS
FROM MY INJURY AND I WANTED TO STOP
ALL MEDICATION. MEDICATION WAS DISCONTINUED
( EXHIBIT M )

(17) MARCH 22, 2018   MEDICAL FURLOUGH
(TRAYS   EXHIBIT O )

(18) MARCH 30, 2018 (DR DAVID TRAY RESULTS)
TRAYS CONFIRM SPINE/NECK ALINEMENT
INJURY, — STRAIGHTENING OF C-SPINE
(EXHIBIT P   DOCTOR NOTES )
(EXHIBIT Q   PRESCRIPTION PAIN MEDS)

(19) April 25, 2018 (Nurse Sick CALL)
Muscle Spasms, Neck PAIN
(EXHIBIT R )

(9)

STATEMENT OF CLAIM III

(20) May 5, 2018 (NURSE SICK CALL)
FELL OFF TOP BUNK DUE TO NECK PAIN
AND MUSCLE SPASMS
(EXHIBIT S)

(21) May 10, 2018 (DOCTOR APPOINTMENT)
NECK PAIN, STIFF, ARMS and FINGERS
NUMBNESS.
(EXHIBIT T)
(EXHIBIT Q PRESCRIPTION PAIN)

(22) May 19, 2018, (DOCTOR APPOINTMENT)
MUSCLE SPASMS, NECK PAIN WORST
(EXHIBIT U) DOCTOR NOTES
(EXHIBIT Q PRESCRIPTION)

(23) DEFENDANTS AMELIA MERZ AND PENNY GEORGE ARE
RESPONSIBLE TO UPDATE "PSYCHOTROPIC MEDICATION
INFORMATION BROCHURE" TO INCLUDE ALL MEDICATION
PRESCRIBED NO MATTER HOW "UNCOMMON" MEDICATION
MAY BE PRESCRIBED.

(24) DEFENDANT PENNY GEORGE'S LACK OF ATTENTIVENESS
TO PLAINTIFFS SERIOUS MEDICAL NEEDS AFTER

# STATEMENT OF CLAIM   VIII

INJURY ALLOWING THE VERY SAME MEDICATION THAT CAUSED INJURY TO BE REPRESCRIBED BY AMELIA MERZ.

(55) DEFENDANTS PENNY George's Pattern of CONDUCT IS SO WHOLLY INADEQUATE FOR PRISONERS AT VIENNA CORRECTIONAL CENTER THAT PRISONERS ARE STILL BEING GIVEN TRAZODONE AND PRAZOSIN EVERYDAY WHICH WILL INEVITABLY CAUSE INJURIES TO OTHERS AS WELL.

# LEGAL CLAIMS I

1. FAILURE BY DEFENDANTS TO INVESTIGATE ENOUGH TO MAKE AN INFORMED JUDGEMENT ABOUT PRESCRIPTIONS.

2. IGNORING OBVIOUS CONDITIONS BY DEFENDANTS ALLOWING PLAINTIFF TO TAKE RECKLESS AMOUNT OF MEDICATION AT 6:00 pm AND FORCED TO SLEEP APPOX. 90FT FROM COMMUNITY RESTROOM PUTTING MY HEALTH AT SERIOUS RISK.

3. STARTING MEDICATION AT UNUSALLY HIGH DOSE. (VIOLATION BY MERZ AND GEORGE)

4. PLAINTIFF WAS NOT PROPERLY TREATED FOR PTSD. (POST TRAMATIC STRESS DISORDER)

5. AFTER INJURY, DEFENDANT GEORGE WAS AWARE OF SUBSTANTIAL RISK AND EFFECTS OF MEDICATION HAD ON PLAINTIFF'S BODY YET ALLOWED VERY SAME MEDICATION TO BE PRESCRIBED BY MERZ AGAIN THREE(3) DAY AFTER INJURY. PUTTING PLAINTIFF'S HEALTH AND SAFETY AT RISK FOR A SECOND TIME.

(11)

# LEGAL CLAIMS II

(6) DEFENDANT GEORGE FAILED TO RESPOND REASONABLY TO PROTECT PLAINTIFF'S HEALTH AFTER INJURY.

(7) DEFENDANTS MERZ AND GEORGE PUTTING PLAINTIFF'S HEALTH AT SERIOUS RISK BY PRESCRIBING TRAZODONE AND PRAZOSIN TO BE TAKEN TOGETHER WHEN SIDE EFFECT INFORMATION CLEARLY STATES "WHEN TAKEN TOGETHER CAN CAUSE SERIOUS HEALTH PROBLEMS".

(8) DEFENDANTS MERZ AND GEORGE FAILED TO RESPOND APPROPRIATELY TO PLAINTIFF'S SERIOUS MEDICAL NEEDS.

(9) DEFENDANTS MERZ AND GEORGE FAILED TO CONSIDER THE NEED WORTHY OF MEDICATION FAILED TO GIVE PROPER MEDICATION AND PROPER MEDICATION DOSE TO TREAT A SERIOUS MEDICAL NEED.

(10) AFTER INJURY DEFENDANT GEORGE WAS AWARE PLAINTIFF WAS UNDER OBSERVATION IN THE INFIRMARY, YET FAILED TO

(12)

# LEGAL CLAIMS III

TO RESPOND REASONABLY BY NOT MONITORING DEFENDANTS MERZ ACTIONS AFTER PLAINTIFF REFUSED MEDICATION FOR THREE DAYS.

(11) DEFENDANT SWALLS FAILED TO ACT REASONABLY TO PLAINTIFFS GRIEVANCES PUTTING PLAINTIFFS HEALTH AT SERIOUS RISK. DRUGS TRAZODONE AND PRAZOSIN ARE STILL BEING GIVEN TO INMATES WHICH CAN CAUSE A SERIOUS HEALTH PROBLEM CALLED PRIAPISM.

(12) DEFENDANT MERZ UNREASONABLE MEDICATION START-UP ~~DUE~~ IN SUCH A SHORT AMOUNT OF TIME DIRECTLY CAUSED SEIZURE WHICH CAUSED PERMINENT INJURIES TO PLAINTIFFS HEAD AND NECK.

(13) ALL DEFENDANTS ~~ARE~~ ARE RESPONSIBLE FOR POLICIES PERTAINING TO SCREENING PRISONERS SEEKING MEDICAL CARE, SCREENING MEDICATION GIVEN TO PRISONERS, AND SCREENING PROCEDURES FOR ANY NEW PRESCRIPTIONS THAT DIRECTLY CAUSED INJURIES TO PLAINTIFF.

(13)

# LEGAL CLAIM IV

(14) DEFENDANTS SWALLS AND GEORGE ARE RESPONSIBLE FOR SYSTEMIC MEDICAL CARE AT VIENNA CORRECTIONAL CENTER, GOVERNED BY DELIBERATE INDIFFERENCE STANDARD, FAILED TO SCREEN PLAINTIFFS TREATMENT AFTER INJURY, BY ALLOWING THE VERY SAME MEDICATION THAT CAUSED INJURY TO BE PRESCRIBED AGAIN THREE (3) DAYS AFTER PLAINTIFFS INJURY.

(15) DEFENDANT MERZ PRESCRIBED AN OUTRAGOUS AMOUNT OF PRAZOSIN AT START-UP THAT CAUSED CHRONIC CONDITIONS SUCH AS HEADACHES, NECK PAIN, MUSCLE SPASMS, AND PAIN PLUS NUMBNESS IN ARMS AND FINGERS.

(16) ALL DEFENDANTS ARE RESPONSIBLE FOR INFLICTION OF EMOTIONAL DISTRESS FORCING PLAINTIFF TO INDURE DRAMATIC NIGHTMARES FOR FEAR THAT TAKING MEDICATION WOULD INSURE PLAINTIFF FURTHER.



# LEGAL CLAIM II

(17) THE SIXTEEN (16) POINTS LISTED ABOVE ARE ALL US CONSTITUTION - 8th AMENDMENT VOILATIONS COMITTED BY ALL DEFENDANTS INCLUDING DELIBERATE INDIFFERENCE AND CAUSATION. BELOW ARE VOILATIONS OF STATE LAW THE PLAINTIFF WISHES THIS COURT TO HEAR TO FURTHER SHED LIGHT ON HOW WHOLLY INADEQUATE THE HEALTH CARE UNIT AT VIENNA CORRECTIONAL CENTER TRUELY IS,

(18) ALL DEFENDANTS HAVE VIOLATED DUE CARE STANDARD AND BREACH OF DUTY BY NOT PROVIDING AN ON SITE PSYCHIATRIST AT VIENNA CORRECTIONAL CENTER TO DETERMINE WHICH MEDICATIONS ARE SAFE TO TAKE ACCORDING TO LAYOUT OF CELL HOUSES AND CELL LAYOUT. PLAINTIFF WAS HEAVILY MEDICATED AND FORCED TO SLEEP APPOX. 90FT FROM COMMUNITY RESTROOM.

(19) DEFENDANT MERZ PRESCRIBED MEDICATION THAT WAS NOT STANDARD START-UP FOR PTSD (POST TRAMATIC STRESS DISORDER)

(15)

## LEGAL CLAIM VI

**(20)** PLAINTIFF WAS NOT GIVEN SIDE EFFECT INFORMATION FOR DRUG PRAZOSIN UNTIL AFTER INJURY VOILATING "INFORMED CONSENT DOCTRINE". ALL DEFENDANT VOILATED SAID DOCTRINE.

**(21)** DEFENDANTS MERZ AND GEORGE FAILED TO COMPLETE A THOROUGH EXAMINATION AND TO MAKE ADEQUATE REPORTS OF OBSERVATIONS OF TREATMENT BOTH BEFORE AND AFTER PLAINTIFFS INJURY. CONSTITUTING GROSS NEGLIGENCE AND MALPRACTICE CLAIMS.

**(22)** FAILURE BY DEFENDANTS MERZ AND GEORGE TO PREFORM APPROPRIATE DIAGNOSTIC TESTS BOTH BEFORE AND AFTER INJURY. CONSTITUTIN GROSS NEGLIGENCE AND MALPRACTICE CLAIMS.

**(25)** ALL DEFENDANTS FAILED TO HAVE PRESCRIPTION APPROVED BY A SECOND PSYCHIATRIST, WHICH ENSURES THAT THE TREATMENT IN QUESTION WILL BE ORDERED ONLY IF IT IS IN THE PRISONER'S MEDICAL INTEREST.



16.

II REQUEST FOR RELIEF

(1) PRELIMINARY / PERMINENT INJUCTION
FROM MATHEW SWALLS (WARDEN)

(A) NEW TRAINING FOR ALL MENTAL HEALTH
PROFESSIONALS AT VIENNA CORRECTIONAL
CENTER TO INCLUDE CELL HOUSE AND
CELL LAYOUT AND MEDICATION LINE
MOVEMENT TIMES.

(B) PROVIDE ON-SITE PSYCHIATRIST

(2) COMPENSATORY DAMAGES OF $250,000
FROM BOTH AMELIA MERZ AND PENNY GEORGE
FOR PERMINENT NECK AND HEAD INJURY
(INDIVIDUAL AND OFFICIAL CAPACITY)

(3) PUNITIVE DAMAGES OF $15,000
FROM BOTH AMELIA MERZ AND PENNY GEORGE
FOR CALLOUS INDIFFERENCE TO THE
PLAINTIFFS SAFETY
(INDIVIDUAL AND OFFICIAL CAPACITY)



(17)

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*Outlined on previous page #17*

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☒ does   ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: ___1-29-19___
        (date)

_____
Signature of Plaintiff

___6695 State Route 146 East___
Street Address

___DAMON GARRABRANT___
Printed Name

___VIENNA IL 62995___
City, State, Zip

___#R67992___
Prisoner Register Number

_____
Signature of Attorney (if any)

18

⑤

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

DAMON GARRABRANT

v. MATTHEW SWALLS )
)
)
)
)
AMELIA MERZ )
          Defendant, )
PENNY GEORGE )

Case No. _____

## NOTICE OF FILING

TO:

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVE
EAST ST. LOUIS, IL 62201

TO;
_____
_____
_____
_____

PLEASE TAKE NOTICE that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

## AFFIDAVIT OF SERVICE

State of Illinois )
) ss.
COUNTY OF Johnson )

I, DAMON GARRABRANT, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at VIENNA CORRECTIONAL CENTER H.U. 5 together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of JAN. 31 , 20 19 .

Subscribed and sworn to before me
this 21st day of September , 2018 .

/s/ _____ AFFIANT

Register No. R67992

NOTARY PUBLIC

KARIN JOY PANNIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 14, 2021

ADDRESS;

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DAMON GARRABRANT

)
)
)
v. MATTHEW SWALLS )     Case No. _____
AMELIA MERZ )
      Defendant,  )
PENNY GEORGE

## NOTICE OF FILING

TO:

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVE
EAST ST. LOUIS, IL 62201

TO: _____
_____
_____
_____
_____

PLEASE TAKE NOTICE that on the date below indicated, I have served thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

## AFFIDAVIT OF SERVICE

State of Illinois        )
                         )  ss.
COUNTY OF Johnson        )

I, DAMON GARRABRANT, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in seal envelope(s) addressed as shown above, and by depositing said envelopes(s) in the box designated for U.S. Mail at VIENNA CORRECTIONAL CENTER H.U. 5 together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this day of JAN. 31, 20 19.

Subscribed and sworn to before me
this 21st day of September, 2018.          /s/ _____
                                                           AFFIANT
                                            Register NO. R67992

_____
NOTARY PUBLIC

KARIN JOY PANNIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 14, 2021

ADDRESS:



Bruce Rauner
Governor

*EXHIBIT V*

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: *Garrabrant, Damon*                                 *7/16/18*
                                                                                    Date

ID# : *R67592*

Facility: *Vienna*

This is in response to your grievance received on *6/19/18* . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *3/6/18 & 3/19/18* Grievance Number: *VC11-4-18* Griev Loc: *Vienna*

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other *Medical - prescription side effects & injury sustained after falling*
  *2/25/18*

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ☐ Denied, in accordance with DR504F, this is an administrative. decision.

- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

- ☐ Other: *Offender was seen by doctor 3/16/18 for neck pain and given anti-inflammatory X-ray ordered.*

FOR THE BOARD: *Debbie Knauer*                          CONCURRED: *John R. Baldwin*  *7/17/18*
                          Debbie Knauer                                                      John R. Baldwin
                          Administrative Review Board                                   Acting Director

CC: Warden, *Vienna* _____ Correctional Center
     *Garrabrant* _____ , ID# *R67592*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO OFFENDER'S GRIEVANCE

5B11

| Grievance Officer's Report |
|---|

Date Received: 4 / 9 / 2018   Date of Review: 5 / 20 / 2018   Grievance # (optional): IC 11-4-18

Offender: G. ABRA BRANT   ID#: R67992

Nature of Grievance: _Medical Treatment_

Facts Reviewed: _Offender's Grievance_

Statement from LCSW, SLUIV, S. DuRietz that offender was prescribed "Prazosin" that is a medication uncommonly prescribed at Vienna Correctional Center and therefore this medication was not listed on the Psychotropic Medication Information Brochure.

Miss DuRietz states that any time an medication is prescribed the offender can request a list of common side effects for that medication

Statement from Director of Nursing that offender was allowed by MD and Mental Health Personnel to discuss his concerns regarding his medications with the psychiatrist who prescribed the medications  On 3/22/18 offender met with psychiatrist and all previously prescribed medications were discontinued

It Appears all our safeguards were followed.

Recommendation: After review of all above facts recommend grievance be denied

Ramison
**Print Grievance Officer's Name**

Ramson 2/19
**Grievance Officer's Signature**

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 5-24-18     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

M. Swalls @
**Chief Administrative Officer's Signature**          5 / 24 / 18
**Date**

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

G. T. Gambert     R67992     6 / 13 / 2018
**Offender's Signature**          **ID#**          **Date**

June 13, 2018

Karin Joy Pannier

KARIN JOY PANNIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
November 14, 2021

VC-11-04-018

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: MARCH 6 2018 | Offender: (Please Print) DAMON GARRABRANT | ID#: R67992 |
|---|---|---|

| Present Facility: VIENNA COR Center | Facility where grievance issue occurred: Vienna Cor Center |
|---|---|

**NATURE OF GRIEVANCE:**

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): _____ |

☐ Disciplinary Report: ____/____/____
                        Date of Report                    Facility where issued

**Note:**   Protective Custody Denial s may be grieved Immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, p rotective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Pro vide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON FEBRUARY 19 2018 I WAS DIAGNOSED BY DR. MEZA (TELEPSYCH) WITH PTSD (POST DRAMATIC STRESS DISORDER) AND I AGREED TO A TREATMENT PLAN WHICH INVOLVED PSYCHOTROPIC MEDICATION THAT I WAS REQUIRED TO TAKE EVERY NIGHT AT 6 O'CLOCK PM AT MED-LINE, THIS MEDICATION IS EFFEXOR, TRAZODONE AND PRAZOSIN.
     ON FEBRUARY 21 2018 I REPORTED TO A CALL PASS TO MEDICAL RECORDS AT 9:30 AM TO SIGN

**Relief Requested:** NOTIFY MRS GEORGE SO SHE MAY INVESTIGATE PSYCHOTROPIC MEDICATION PRESCRIBING PROCEDURE FOR PLAWS. ALSO UPDATE PSYCHOTROPIC

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Damon C Garrabrant_                          R67992              3, 6, 18
March 6, 2018      Offender's Signature                    ID#                      Date

_Karin Joy Pannier_

                        (Continue on reverse side if necessary)

---

| Date Received: 3, 8, 18 | **Counselor's Response** (if applicable) | [notary seal: KARIN JOY PANNIER OFFICIAL SEAL Notary Public, State of Illinois My Commission Expires November 14, 2021] |
|---|---|---|

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per S. DuRietz, LCSW, SWIV, "Garrabrant was prescribed Prazosin, which is a medication not commonly prescribed at Vienna CC. Therefore, it was not listed on the Psychotropic Medication Information Brochure. Any time a medication is prescribed the offender can request a list of common side effects for that medication."

_A. McCann_                              _A. McCann_      03, 19, 18
   Print Counselor's Name              Counselor's Signature          Date of Response

                                                            RECEIVED
                                                            DATE

---

| | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

APR 09 2018
GRIEVANCE OFFICER

_____                              ____/____/____
Chief Administrative Officer's Signature                              Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (8/2012)
                              Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

MY TREATMENT PLAN. I WAS TO BE STARTED ON FEB. 21 2018 WITH 150mg EFFEXOR, 100mg TRAZODONE, AND 1mg PRAZOSIN. FEB. 22 2018 I WAS TO TAKE 150mg EFFEXOR, 100mg TRAZODONE, AND 2mg PRAZOSIN. FEB. 23, 2018 I WAS TO TAKE AGAIN 150mg EFFEXOR, 100mg TRAZODONE AND 2mg PRAZOSIN. ON FEB 24, 2018 MY LAST INCREASE WAS 150mg EFFEXOR, 100mg TRAZODONE AND 3mg PRAZOSIN. TRUSTING ~~THAT~~ DR MEZA I SIGNED THE TREATMENT PLAN AND ASKED ABOUT THE SIDE EFFECTS.

I WAS THEN ESCORTED TO THE TELEPSYCH OFFICE AND GIVEN A PAPER TITLED: PSYCHO TROPIC MEDICATION INFORMATION, ACTING DIRECTOR JOHN BALDWIN.

AFTER RETURNING TO MY HOUSING UNIT I READ THE INFORMATION AND PRAZOSIN WAS NOT ON THE PAPER I WAS GIVEN, MY SYMTOMS INCLUDE INSOMNIA SO I ASSUMED PRAZOSIN WAS A SEDATIVE BECAUSE THAT WAS THE ONLY MEDICATION WITH THE AGRESSIVE INCREASES IN A MATTER OF FOUR DAYS.

ON FEBRUARY 24, 2018 AT 6 o'clock PM I TOOK 150mg EFFEXOR, 100mg TRAZODONE, AND 3mg PRAZOSIN (5 PILLS TOTAL) AS PRESCRIBED BY DR. MEZA. BY 7:30 PM I WAS FAST ASLEEP UNTIL JUST AFTER MIDNIGHT ON FEB 25 2018 WHEN I WAS WOKE FROM A NIGHTMARE AND WENT TO USE THE RESTROOM.

A WHICH TIME I PASSED OUT STANDING AT THE URINAL. I FELL STRAIGHT BACKWARD (SPREAD EAGLE) LANDING ON MY NECK AND HEAD KNOCKING MYSELF UNCONSCIOUS.

WITNESSED BY INMATES:
1. EASLEY #M21391
2. SOSA #K73347
3. JEFFERSON #M48807

I WAS WOKE UP BY INMATE JEFFERSON M48807 AND HELPED TO MY FEET. I THEN WALKED BACK TO MY CELL PUT MY FAN ON HIGH AND THE ROOM STARTED SPINNING LIKE I WAS INTOXICATED.


NEXT PAGE →

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: MARCH 6, 2018   Offender: DAMON GARRABRANT   ID#: R67992
(Please Print)

Present Facility: Vienna Cor Center   Facility where grievance issue occurred: Vienna Cor Center

**NATURE OF GRIEVANCE:**

☐ Personal Property          ☐ Mail Handling          ☐ Restoration of Good Time     ☐ ADA Disability Accommodation
☐ Staff Conduct             ☐ Dietary                ☑ Medical Treatment           ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator              ☐ Other (specify): _____
☐ Disciplinary Report: ____ / ____ / ____
                        Date of Report                          Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

MEANWHILE ALL THREE WITNESSES NOTIFIED
% RUSSELL OF WHAT THEY WITNESSED. % RUSSELL
THEN CAME TO MY CELL AND I AGREED TO GO
TO HEALTH CARE FOR TREATMENT.
    THE NURSE ON DUTY ON FEBRUARY 25 2018
AT 1:00 AM TOOK MY VITALS AND ASKED ME A
SERIES OF QUESTIONS. AFTER A SOBRIETY TEST
WHICH INCLUDED, ME TO WALK A STRAIGHT LINE
SHE TOLD ME THAT HER DETERMINATION WAS THAT

Relief Requested: MEDICATION INFORMATION SHEET TO
INCLUDE DRUGS GIVEN BY PHARMACY THAT ARE
NOT ON THE SHEET. EXAMPLES: PRAZOSIN and KLONIPin

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Damon T Garrabrant_   R67992   3,6,18
          Offender's Signature          ID#          Date

March 6, 2018
Karin Joy Pannier          (Continue on reverse side if necessary)

<table>
<tr><td rowspan="6">Date<br>Received: ____ / ____ / ____<br><br>Response: _____</td><td colspan="2">Counselor's Response (If applicable)</td></tr>
<tr><td>☐ Send directly to Grievance Officer</td><td>☐ Outside jurisdiction of this facility. Send to<br>Administrative Review Board, P.O. Box 19277,<br>Springfield, IL 62794-9277</td></tr>
</table>

See back

KARIN JOY PANNIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
2021

Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date
Received: ____ / ____ / ____

Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                   ☐ No; an emergency is not substantiated.
                                                   Offender should submit this grievance
                                                   in the normal manner.

_____          ____ / ____ / ____
Chief Administrative Officer's Signature                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

THE CAUSE OF MY ACCIDENT WAS THE UNUSUALLY
AGGRESSIVE INCREASES IN DRUGS
TO TREAT A PERSON WHO HAS NOT TAKEN ANY
PSYCHOTROPIC MEDICATION SINCE JUNE 2017.
     PREVIOUS PSYCHOTROPIC MEDICATION HISTORY
IS ONLY EFFEXOR SUSPENDED IN JUNE 2017 DUE
TO MY WILLINGNESS TO PURSUE UNMEDICATED
FORMS OF THERPY, DUE TO MY HISTORY
OF ABUSING DRUGS,
     FROM FEB. 25 2018 to FEB. 28 2018 I
REFUSED MEDICATION UNTIL I TALKED AGAIN
WITH DR. MEZA. WHICH HAPPENED AT 130pm
ON FEB 28 2018 DUE TO THE NURSES ORDER
THAT I TALKED TO ON FEB 25 2018 1:00 AM.
     DR MEZA AGREED THAT MY DOSE WAS
EXTREME AND LOWER MY DOSE TO 150mg EFFEXOR,
100mg TRAZODONE, and 1mg PRAZOSIN UNTIL FURTHER
NOTICE, SHE AGREED TO FOLLOW UP WITH ME
IN TWO WEEKS.
     IT HAS BEEN TEN DAYS SINCE MY
ACCIDENT AND MY HEADACHES ARE WORST AND
THERE IS PAIN IN MY NECK, WHEN I MOVE IT
SIDE TO SIDE. THE PAIN IN MY NECK IS
GRADUALLY HEALING BECAUSE THE PAIN IS LESS
THEN WHEN I WAS UNDER OBSERVATION IN THE
INFIRMARY. I WAS IN THE INFIRMARY FROM 1:00 AM
FEBRUARY 25 2018 to FEBRUARY 28 2018 AT
7:00 pm.
     THE NURSING STAFF AND THE NURSE
PRACTIONER MRS. GRETA SMITH I PERSONALLY
SPOKE WITH ABOUT THE ACCIDENT AND MY
INJURIES. NURSE PRACTIONER SMITH AFTER
TALKING WITH ME AT OR ABOUT 6:30 pm ON FEB
28 2018 AGREED TO A FOLLOW UP APPOINTMENT
IN ABOUT 2 WEEKS TO SEE IF MY SITUATION HAS NOT
IMPROVED. WHICH IT HAS SOME. WE DISCUSSED ALSO
POSSIBLE X-RAYS IF I WASN'T FEELING BETTER,
WHICH I NOW BELIEVE I PROBABLY WILL NOT
NEED.
     UNKNOWN BY ME WHAT A STANDARD
PSYCHOTROPIC TREATMENT PLAN START-UP
SHOULD BE I ASKED A COUPLE INMATES AT

NEXT PAGE →

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: March 6 2018 | Offender: (Please Print) DAMON GARRABRANT | ID#: R67992 |
|---|---|---|

Present Facility: Vienna Cor Center     Facility where grievance issue occurred: Vienna Cor Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

PM MEDICATION LINE. TO FND OUT WHAT THIER START UP DETAILS WERE.
    GILBERT HECK #Y12163 AN IRAQI WAR VETERN SUFFERS PTSD. AFTER 10 years of Psychotropic Medication Hisdory, Today he takes 4mg Prazosin. I was given 3mg AFTER only 3 DAYS OF MEDICATION INTAKE.
    ROLAND WILSON R08731 SUFFERS FROM

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Damon P Garrabrant_   ✗ R67992   3,6,18
March 6, 2018   Offender's Signature   ID#   Date
Karinjoy Pannan             (Continue on reverse side if necessary)

---

| Date Received: ___/___/___ | **Counselor's Response (if applicable)** | |
|---|---|---|
| | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _See page_

KARIN JOY PANNIER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
_____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___     Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature          Date ___/___/___

Distribution: Master File; Offender                Page 1                DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

PTSD AFTER A LIFETIME OF GANG ACTIVITY.
AFTER ONE YEAR HE TAKES 2mg Prazosin AND
HE STARTED WITH 1 mg Prazosin FOR 2 WEEKS
BEFORE STEPPING UP TO 2mg DAILY DOSE.
AGAIN I WAS GIVEN 3mg Prazosin, 150mg
EFFEXOR, and 100 mg TRAZODONE AFTER ONLY
3 DAYS OF MEDICATION INTAKE.

I AM NOT A SECURITY TREAT TO MYSELF
OR OTHERS. I SEE NO OBVIOUS REASONS FOR
ME TO BE ~~SEDATED~~ SEDATED SO HEAVILY THAT
I CAN NOT WALK TO THE RESTROOM SAFELY.

I DON'T BELIEVE MY ~~SAFETY~~ SAFETY WAS
ANALYZED WHEN MY MEDICATION WAS
PRESCRIBED. I AM RELUCTANT IN WRITTING THIS
GRIEVANCE BECAUSE I LIKE IT HERE AND I DO
NOT WISH TO BECOME A TARGET OF
RETAILATION DUE TO MY COMPLAINT.

END OF COMPLAINT

5B20

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: March 19 2018 | Offender: (Please Print) DAMON GARRABRANT | ID#: R67992 |
|---|---|---|

| Present Facility: Vienna Cor Center | Facility where grievance Issue occurred: Vienna Cor Center |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
　　　　　　　　　　　　Date of Report　　　　　　　　　　　Facility where issued

> **Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
> Chief Administrative Officer, only if EMERGENCY grievance.
> Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide Information including a description of what happened, when and where it happened, and the name or identifying Information for each person Involved):**

On Feb 21, 2018 I was put on psychotropic medication for PTSD. I experienced an injury and spent 4 days in the infirmary at which time my medication dose was lowered and I continued taking Prazosin, Trazadone and Effexor every day at PM Med line movement. I was never given the side effects of Prazosin as stated in an earlier grievance, so I wrote ⁊ ou

**Relief Requested:** Proper action and Remedy

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Damon Garrabrant_　✓ R67992　3, 19, 2018
　Offender's Signature　　　　　ID#　　　　　Date

(Continue on reverse side if necessary)

---

## Counselor's Response (If applicable)

Date Received: 03, 23, 18　　☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per DON: Offender was ~~instructed~~ allowed by both MD and MHP to discuss all of his concerns regarding his medications with the psychiatrist who prescribed the medications. On 3/22/18 offender met with psychiatrist and all previously prescribed medications were discontinued.

M. Ethridge-Hicks　　　　　_M. Ethridge-Hicks_　　03-29-18
Print Counselor's Name　　　　Counselor's Signature　　Date of Response

RECEIVED DATE

---

## EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature　　　　　　　____/____/____
　　　　　　　　　　　　　　　　　　　　　　　　　　Date

APR 09 2018

GRIEVANCE OFFICER

health care a request to recieve said
information and I recieved a vague
discription today March 19 2018.
This new information states
specifically that Prazosin and Trazodone
should never be taken together due to
serious health problems that may occur.
I was first prescribed both Trazodone
and Prazosin on Feb 20, 2018 and after
side effect complications (stated in
grievance dated March 6 2018) I was
again prescribed Prazosin and Trazodone
on Feb 28 2018.
I spoke with Dr David (March 16 2018)
because I now still have neck pain,
headaches, blurry vision and Double vision.
Dr David submitted me to see the
psychiatrist Amelia Merz, MD. Dr David
also advised me to STOP taking my
medication again until I see Dr Merz.
Taking his advice I have not taken
my medication since Friday March 16 2018.

Again, according to the side effects
information I recieved from Health Care
today Prazosin and Trazodone should
NOT be taken together because
serious health problems may occur. Its
obvious to me these said health
problems are occuring now.



K67992
6695 STATE ROUTE 146 EAST
VIENNA IL   62995

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 MISSOURI AVE
EAST ST. LOUIS, IL 62201

MAIL CLEARED
US MARSHALS

U.S. POSTAGE PITNEY BOWES

ZIP 62995
02 1W
0001394259FEB 01 2019
$ 007.85°

LEGAL MAIL



RECEIVED

FEB - 4 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

